UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

07 MAY 21 AM 8:32

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: Pou   DEPUTY

UNITED STATES OF AMERICA,

               Plaintiff,

vs.

APOLINAR GARCIA-MUNOZ,

               Defendant.

CASE NO. 07CR0636-JM

JUDGMENT OF DISMISSAL

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__XX__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

____ of the offense(s) of:

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MAY 11, 2007

_____
JEFFREY T. MILLER
UNITED STATES DISTRICT JUDGE

ENTERED ON _____